UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

_____

| | |
|---|---|
| JESUS RAMOS and NORMA DOLSON, *individually and as parents and co-administrators of the estate of Francine E. Ramos, deceased*; JOSEPH GRAY, JR. and IRENE GRAY, *individually and as parents and co-administrators of the estate of Trevor D. Gray, deceased*; and EDWARD KETROW, *individually and as parent and administrator of the estate of Kory Ketrow, deceased*, | : : : : : : : : : : : |
| Plaintiffs, | : : |
| v. | : No. 5:16-cv-00304 : |
| WAL-MART STORES, INCORPORATED; WAL-MART STORES EAST, L.P.; WAL-MART STORES EAST, INC.; NICOLE ANN EVERETT; ADDIEL JAVIER; and JOHN DOE WALMART CASHIER, | : : : : : |
| Defendants. | : |

_____

**O R D E R**

And now, this 18th day of August, 2016, for the reasons set forth in the accompanying Memorandum Opinion issued this day, **IT IS ORDERED** as follows:

1.  Plaintiffs' Motion to Remand, ECF No. 18, is **GRANTED**.

2.  Defendants' Motion to Dismiss, ECF No. 11, is **DENIED** as moot.

3.  This matter is **REMANDED** to the Court of Common Pleas of Philadelphia County, Pennsylvania, Case ID: 151203065.

1

4. The Clerk of Court is directed to send a certified copy of this Order to the Prothonotary of the Court of Common Pleas of Philadelphia County, Pennsylvania.

5. The Clerk of Court shall close this case.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge